# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
## CIVIL ACTION NO. 3:10CV-310-H

**MIKE PROFITT**                                                                          **PLAINTIFF**

**v.**

**U.S. MARSHAL'S**                                                                     **DEFENDANTS**

## MEMORANDUM OPINION

Plaintiff Mike Profitt filed a *pro se* complaint against the "U.S. Marshal's."  Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain:

> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
>
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
>
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

In the instant case, Plaintiff's complaint is simply too illegible and incoherent to meet Rule 8(a)'s notice-pleading requirement.  *See Swierkiewicz v. Sorema N.A.*, 534 U.S. 506, 512 (2002) (indicating that the short and plain statement of claim must "'give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests'") (citation omitted).

The Court will, therefore, dismiss the action by separate Order.

Date:

cc:      Plaintiff, *pro se*
4412.005